# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| HEATHER KLEBON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **C.A. No.:N20C-11-057 FFJ** |
| PAPASTRAVOS' ASSOCIATES | ) | |
| MEDICAL IMAGING, LLC | ) | |
| DELAWARE IMAGING NETWORK, | ) | |
| INC., AND RADNET, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER REGARDING AFFIDAVIT OF MERIT CONCERNING MEDICAL CARE PROVIDED TO HEATHER KLEBON

This __21st__ day of April, 2021, the Court has reviewed *in camera* Plaintiff's affidavits of merit pursuant to 18 *Del.C.* §6853(d). Having done so, the Court finds:

1. The affidavits of merit are signed by expert witnesses.

2. The affidavits are accompanied by a current *curriculum vitae* of the expert witness.

3. The affidavits states all of its opinions with a reasonable degree of medical probability.

4. The affidavits contain an opinion of the expert witnesses that there are reasonable grounds to believe that the applicable standard of care was breached by

the Defendants, and that the breach of the applicable standard of care by Defendants was a proximate cause of the injury or injuries claimed in the complaint.

5.     The *curriculum vitaes* accompanying the affidavits establishes that the expert witnesses are licensed to practice medicine as of the date of the affidavits, for the three (3) years immediately preceding the alleged negligent acts, have been engaged in the treatment of patients and/or in the teaching/academic side of the medicine in the same or similar filed of as the named Defendants, and are Board certified in Radiology.

Based on the foregoing, the Court finds that the affidavits of merit **do** comply with the requirements of 18 *Del.C.* §6853(a)(1) and 18 *Del.C.* §6853(c).

**IT IS SO ORDERED.**

/s/ *Francis J. Jones, Jr.*
Francis J. Jones, Jr., Judge

/jb
cc:     File&ServeXpress